```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        JUL 19 2012

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

11-CV-00470-MEM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JEROME EUGENE TODD, | ) | CASE NO.   C11-0470-JLR-MAT |
| | ) | (CR07-395-JLR) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| UNITED STATES OF AMERICA, | ) | HABEAS PETITION WITH |
| | ) | PREJUDICE |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, *Petitioner's Objections to Magistrate Judge's Findings and Recommendation (Dkt 44),* and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation;

(2)   Petitioner's habeas petition is DENIED and this action is DISMISSED, with prejudice;

(3)   Petitioner's motions for evidentiary hearing (Dkt 37), to grant relief (Dkts. 39 and 41), and for entry of default judgment (Dkt. 42) are DENIED;

(4)   Petitioner is DENIED issuance of a certificate of appealability, and

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

01     (5)    The Clerk is directed to send copies of this Order to petitioner, to counsel for

02 respondent, and to Judge Theiler.

03 DATED this 19th day of July, 2012.

05 JAMES L. ROBART
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -2