\_\_\_\_ FILED \_\_\_\_ ENTERED
\_\_\_\_ LODGED \_\_\_\_ RECEIVED

JUL 19 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT C. WASHINGTON
BY_____ DEPUTY

11-CV-00470-MEM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JEROME EUGENE TODD, | ) | CASE NO. C11-0470-JLR-MAT |
| | ) | (CR07-395-JLR) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| UNITED STATES OF AMERICA, | ) | HABEAS PETITION WITH |
| | ) | PREJUDICE |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, *Petitioner's Objections to Magistrate Judge's Findings and Recommendation (Dkt 44),* and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition is DENIED and this action is DISMISSED, with prejudice;

(3) Petitioner's motions for evidentiary hearing (Dkt 37), to grant relief (Dkts. 39 and 41), and for entry of default judgment (Dkt. 42) are DENIED;

(4) Petitioner is DENIED issuance of a certificate of appealability, and

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

(5) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 19th day of July, 2012.

_____
JAMES L. ROBART
United States District Judge